UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:19-cv-04058-CAS-AFMx                              Date: January 19, 2021

Title  Trustees of the Operating Engineers Pension Trust et al v. Smith-Emery Company

Present: The Honorable:   ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order to Show Cause**

On or before January 28, 2021, Defendant Smith-Emery Company shall show cause in writing why the Court should not grant Plaintiffs' motion to compel (ECF No. 56) and award expenses to Plaintiffs in the amount of $20,358 based on Defendant's violation of Local Rule 37-2.2 due to its failure to provide its portion of the joint stipulation to Plaintiffs' counsel despite several extensions and its failure to cooperate in presentation of this motion to the Court as required by the Local Rules. *See* Local Rule 37-4.

IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |