JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>SMITH-EMERY COMPANY, a California Corporation,<br><br>    Defendant. | CASE NO.: 2:19-CV-04058-CAS-AFMx<br><br>ASSIGNED TO THE HONORABLE CHRISTINA A. SNYDER<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE, AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

Pursuant to the Stipulation for Dismissal Without Prejudice and Request that the Court Retain Jurisdiction of the Action and the Parties to Enforce Settlement Agreement between Plaintiffs, Trustees of the Operating Engineers Pension Trust, et al., and Defendant, Smith-Emery Company, a California corporation, and good cause appearing therefor, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** this action is dismissed without prejudice and the Court shall retain jurisdiction of the action and the parties to enforce the terms of their Settlement Agreement.

Dated: January 5, 2024

_/s/ Christina A. Snyder_
United States District Judge